■ HUGH GREEN, Petitioner, v ONEIDA-MADISON ELECTRIC COOPERATIVE, INC., Respondent.—Determination unanimously confirmed and petition dismissed without costs. Memorandum: This proceeding, pursuant to EDPL 207, seeks to annul respondent's determination to acquire approximately 1 acre of petitioner's 394-acre farm for construction of a utility substation. The record provides an adequate basis for the determination that the condemnation would serve the public purpose *(see, Matter of Jackson v New York State Urban Dev. Corp.,* 67 NY2d 400, 425; *Yonkers Community Dev. Agency v Morris,* 37 NY2d 478, 483-486, *appeal dismissed* 423 US 1010) and would have no adverse impact on the environment *(see, Matter of Dowling Coll. v Flacke,* 78 AD2d 551, 552). We also conclude that respondent's determination and findings were made in accordance with the procedures set forth in EDPL article 2 *(see, Sandpiper Constr. Co. v Siegel,* 97 AD2d 539, *lv denied* 61 NY2d 608; *First Broadcasting Corp. v City of Syracuse,* 78 AD2d 490, 496-497). We have considered the remaining claims raised and find each one lacking in merit. (EDPL 207.) Present —Doerr, J. P., Boomer, Green, Pine and Balio, JJ.